■ JACK FARBER et al., Appellants, v CENTRAL STATE BANK, Respondent. —Judgment of the Supreme Court, Nassau County, entered September 7, 1977, affirmed, with $50 costs and disbursements, upon the opinion of Mr. Justice Pantano at Special Term. Hopkins, J. P., Damiani, Rabin and Margett, JJ., concur.

■ FRIEDLAND ASSOCIATES, LTD., Respondent, v LUMBERMENS MUTUAL CASUALTY COMPANY et al., Appellants.—In an action, *inter alia,* to recover damages for breach of an agency agreement, defendants appeal (1) as limited by their notice of appeal and brief, from so much of an order of the Supreme Court, Rockland County, entered October 31, 1977, as refused to strike plaintiff's Interrogatories Nos. 6 and 11, and (2) from a further order of the same court, entered January 26, 1978, which denied their motion for leave to reargue. Appeal from order entered January 26, 1978 dismissed, without costs or disbursements. No appeal lies from an order denying leave to reargue. Order entered October 31, 1977 modified by adding thereto a provision that Interrogatories Nos. 6 and 11 need only be answered as they pertain to the period January 1, 1975 through December 31, 1976, and that Interrogatory No. 6 is limited to New York State policyholders. As so modified, order affirmed insofar as appealed from, without costs or disbursements. Interrogatories Nos. 6 and 11 are overly broad in scope, and burdensome, to the extent indicated. Hopkins, J. P., Damiani, Rabin and Margett, JJ., concur.

■ RONALD KWOCZKA et al., Respondents, v DONALD CAWLEY et al., Appellants.—In a negligence action to recover damages for personal injuries, etc., the defendants appeal from two orders of the Supreme Court, Queens County, dated November 1, 1977, and December 19, 1977, respectively, which denied their motions to vacate a default judgment. Order dated November 1, 1977 reversed, without costs or disbursements, and motion to vacate the default judgment is granted. Defendants' time to answer is extended until 20 days after entry of the order to be made hereon. Appeal from the order dated December 19, 1977 dismissed as academic, without costs or disbursements, in light of the determination of the appeal from the November 1, 1977 order. Under the facts and circumstances of this case, the default judgment should have been vacated and the defendants should have been permitted to interpose an answer. Latham, J. P., Titone, Margett and Hawkins, JJ., concur.